PROB 12C
(7/93)

Report Date: February 28, 2014

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## for the

MAR 0 4 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Agustin Rivera          Case Number: 0980 2:06CR02044-001 – RHW

Address of Offender: 210 S. Anderson Rd, Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 5, 2007

Original Offense:          Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922 (g)(1)

Original Sentence:          Prison 77 months; TSR - 36          Type of Supervision: Supervised Release
                            months

Asst. U.S. Attorney:          Thomas J. Hanlon          Date Supervision Commenced: June 12, 2013

Defense Attorney:          Rebecca Pennell          Date Supervision Expires: June 11, 2016

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Jose Rivera is considered in violation of his period of supervised release by committing the offense of delivery of a controlled substance, methamphetamine, on or prior to February 20, 2014.

According to reports provided by the Quad Cities Drug Task Force, the defendant was arrested after he delivered methamphetamine to an individual in Clarkston, Washington. The defendant is currently charged under case 14-1-00025-3, and he is being held on a 250,000 dollar bond.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Rivera, Jose Agustin**
**February 28, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/28/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[x]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

March 4, 2014

Date